UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Case No. 09-33243-BKC-RBR
                                                                    Chapter 7
DAVIDSON HURRICANE PROTECTION, INC.

_____Debtor._____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**



MAR -6 2013

Notice is hereby given that:

(X)   The trustee has a balance of $4,314.62 remaining in the trustee's account which represents unrepresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: March 1, 2013

/s/
Marcia T. Dunn, Trustee
555 N.E. 15th Street, Suite 7712
Miami, Florida 33132
Telephone: 786.433.3866
Facsimile: 786.260.0269
E-mail: mdunn@dunnbunkruptcy.com

LF-26 (rev. 12/01/02)

Case No. 09-33243-BKC-RBR
SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Andrea R Jacobs
2855 University Drive, Ste. 520
Coral Springs, FL 33065

Davidson Hurricane Protection, Inc.
3610 NW 118 Ave #2
Coral Springs, FL 33065

Sandra Kilpatrick
6140 SW 38 Ct
Davie, FL 33314

Jara Fitzgerald
7103 NW 83 St
Tamarac, FL 33321

Linda Gross
8201 NW 72 Ave
Tamarac, FL 33321

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
CASE NO. 09-33243-BKC-RBR

|  | Claim | Amount |
|---|---|---|
| Sandra Kilpatrick<br>6140 SW 38 Ct<br>Davie, FL 33314 | 18 | $1,438.21 |
| Jara Fitzgerald<br>7103 NW 83 St<br>Tamarac, FL 33321 | 32 | $1,438.21 |
| Linda Gross<br>8201 NW 72 Ave<br>Tamarac, FL 33321 | 33 | $1,438.20 |

LF-26 (rev. 12/01/02)